IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 4:02-cr-36-SPM-AK

JASEN ALLEN BADIA,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on the Government's motion for extension of time to file a response to Defendant's § 2255 motion to vacate. Doc. 93. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. The Government shall file its response to the motion to vacate no later than **August 11, 2005.**

2. That if review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3. That Defendant shall have until **September 12, 2005**, to file a response, if desired.

**DONE AND ORDERED** this  14 th  day of July, 2005.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**