IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:02cr36-SPM

JASEN ALLEN BADIA,

   Defendant.
_____/

## ORDER DIRECTING GOVERNMENT TO RESPOND

This cause comes before the Court on Defendant Jason Badia's motion concerning return of seized property (doc. 110). Defendant complains that the Government has failed to return property to Defendant in accordance with its representations to the Court (doc. 82) and the Court's order (doc. 84).

ORDERED AND ADJUDGED that the Government file a response to the motion on or before May 15, 2007.

DONE AND ORDERED this 1st day of May, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge