**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:02CR36-SPM/AK

**JASEN ALLEN BADIA,**

    **Defendant.**

_____

## ORDER REQUIRING FILING OF TRANSCRIPT

On October 16, 2007, this § 2255 matter came before the Court for an evidentiary hearing. To facilitate the Court's ruling, a transcript of these proceedings is necessary. Counsel for Defendant has also requested the right to file supplemental argument after he reviews the transcript, and the Court will therefore set a scheduling order to that effect.

Accordingly, it is **ORDERED**:

That, no later than **November 19, 2007**, the court reporter, Christine Bordenave, shall file the transcript of the proceedings conducted on this date before the undersigned and provide copies to counsel of record for both parties;

That all costs of the transcript and copies shall be paid by the Clerk of Court;

That no later than **December 3, 2007**, Defendant may file a supplemental brief, if appropriate and necessary;

That no later than **December 17, 2007**, the Government may file a supplemental response, if appropriate and necessary.

**DONE AND ORDERED** this *16th* day of October, 2007.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**