IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.   4:02cr36-SPM/AK

JASEN ALLEN BADIA,

      Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated February 19, 2008 (doc. 128).  Defendant has been furnished a copy of the report and recommendation and he has filed objections (130).  Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted.  Accordingly, it is

ORDERED as follows:

1.  The magistrate judge's report and recommendation (doc. 128) is ADOPTED and incorporated by reference in this order.

2.  Defendant's motion to vacate (doc. 83) is denied.

DONE AND ORDERED this 13th day of March, 2008.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge