IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.   4:02cr36-SPM/AK

JASEN ALLEN BADIA,

     Defendant.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

     This cause comes before the Court upon Defendant Jasen Allen Badia's notice of appeal, which has been treated in accordance with Federal Rule of Appellate Procedure 22(b) and 28 United States Code, Section 2253(c), as a motion for certificate of appealability.  Doc. 136.  The Court will not issue a certificate of appealability because Defendant has failed to make a substantial showing of the denial of a constitutional right.

     For reasons explained in the Report and Recommendation (doc. 128), Defendant has not demonstrated deficient performance on any of the grounds advanced on his conflict of interest claim.  Defendant's claim that his lawyer failed to properly inform him of his right to testify was not credible.  In any event, Defendant did not demonstrate any resulting prejudice.  Finally, Defendant's claims under United States v. Booker, 543 U.S. 220 (2005) are not cognizable on collateral review.  Varela v. United States, 400 F.3d 864 (11th Cir. 2005).  Based

on the foregoing, it is

    ORDERED AND ADJUDGED that the motion for certificate of appealability (doc. 136) is denied.

    DONE AND ORDERED this 26th day of March, 2008.

                      *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge